**AFFIRMED; Opinion Filed September 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01483-CR

**JEREMY DEMONE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-30956-M**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Lang

Jeremy Demone Williams appeals his conviction, following the adjudication of his guilt, for burglary of a habitation. *See* TEX. PENAL CODE ANN. § 30.02(a)(1) (West 2011). The trial court assessed punishment at five years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he

did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141483F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEREMY DEMONE WILLIAMS,
Appellant

No. 05-14-01483-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-30956-M).
Opinion delivered by Justice Lang, Justices
Evans and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED**.

Judgment entered this 25th of September, 2015.